1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
7                                             AT SEATTLE

8    STEVEN BRIAN LONG,                        )
                                               )
9              Petitioner,                     )        CASE NO.      C06-180-TSZ-JPD
                                               )                      (CR90-81-TSZ)
10        v.                                    )
                                               )
11   UNITED STATES OF AMERICA,                 )        MINUTE ORDER
                                               )
12             Respondent.                     )
     _____)
13

14        The following Minute Order is made by direction of the Court, the Honorable James P.

15   Donohue, United States Magistrate Judge:

16        On June 1, 2006, the government filed an answer to petitioner's petition for writ of error

17   coram nobis.  However, the government failed to note the answer on the Court's calendar as

18   directed in the service order issued on May 1, 2006.  Accordingly, the Court hereby NOTES the

19   government's answer on the calendar for consideration on June 23, 2006.  Petitioner may file

20   and serve a response to the government's answer not later than June 19, 2006.

21        The Clerk shall send copies of this Minute Order to the United States Attorney's Office

22   and to petitioner.

23        DATED this 2nd day of June, 2006.

24                                                      BRUCE RIFKIN, Clerk

25
                                                       By: /s/  Peter Voelker
26                                                          Deputy Clerk

MINUTE ORDER