# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

STEVEN BRIAN LONG,           )
                             )
    Petitioner,              )
                             )
vs.                          )
                             )   **CV06-180 TSZ**
UNITED STATES OF AMERICA,    )
                             )
    Respondent..             )   **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

The petitioner has contacted the Court and requested additional time in which to submit his objections to the magistrate judges Report and Recommendation (dkt #12). The request is GRANTED. The petitioner will have until Thursday, October 26, 2006, in which to file his objections. The noting date for the Report and Recommendation is hereby continued to October 27, 2006.

Dated this 20th day of October , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**