UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN BRIAN LONG, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C06-180-TSZ-JPD |
| ) | (CR90-81-TSZ) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER DENYING PETITIONER'S |
| ) | PETITION FOR WRIT OF ERROR |
| Respondent. ) | *CORAM NOBIS* |
| _____) | |

The Court, having reviewed petitioner's petition for writ of error *coram nobis*, the government's answer, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, any objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's petition for writ of error *coram nobis* (Dkt. No. 1) is DENIED.

(3)   This action is DISMISSED with prejudice.

ORDER DENYING PETITIONER'S
PETITIONER FOR WRIT OF ERROR
*CORAM NOBIS* - 1

(4)  The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Donohue.

DATED this 21st day of December, 2006.

Thomas S. Zilly
United States District Judge

ORDER DENYING PETITIONER'S
PETITIONER FOR WRIT OF ERROR
*CORAM NOBIS* - 2